# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

BRIAN KEITH HAYNIE,

                Plaintiff,

v.                              CIVIL ACTION NO. 3:19-0478

ANDREW SAUL, Commissioner
of the Social Security Administration,

                Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny the Claimant's request for reversal or remand (ECF No. 21), grant the Defendant's request to affirm the decision of the Commissioner (ECF No. 22); affirm the final decision of the Commissioner, and dismiss this matter from this Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** the Claimant's request for reversal or remand (ECF No. 21), **GRANTS** the Defendant's request to affirm the decision of the Commissioner (ECF No. 22); **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from this Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: March 13, 2020

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE